PLAINTIFF, SUZANNE OLSSON
1950 Paine Avenue #9
Jacksonville, Florida 32211

SUPERIOR COURT OF THE STATE OF FLORIDA
COUNTY OF DUVAL

| | |
|---|---|
| SUZANNE OLSSON ) | CASE NO: 2014 - CA - 5054 |
| Plaintiffs, ) | CV - G |
| ) | |
| ) | COMPLAINT FOR DAMAGES |
| v. ) | (Libel) |
| ) | |
| SIMON & SCHUSTER PUBLISHERS, INC. ) | |
| 1230 Avenue of the Americas ) | |
| New York, New York, 10020 ) | |
| ) | |
| And ) | |
| ) | |
| KATHLEEN HARKEY SMITH COPPENS | |
| MCGOWAN, Author | |
| Defendants | |

FILED
JUL 18 2014
CLERK CIRCUIT COURT

Plaintiff complains and for causes of action alleges as follows:

1. Plaintiff is an individual and is now, and at all times mentioned in this complaint was, a resident of Duval County, Florida since 2005. Plaintiff has during all this time enjoyed a good reputation both generally and as a published author.

2. Plaintiff is informed and believes, and based on information contained herein alleges that each of the defendants designated is legally responsible for the events and happenings referred to in this complaint, and unlawfully caused the injuries and damages to plaintiff alleged in this complaint.

3. Plaintiff is informed and believes that at all times mentioned in this complaint, defendants were the agents and employees of their codefendants and in doing the things alleged in this complaint were acting within the course and scope of such agency and employment.

4. Commencing on or about April 8, 2009, defendants published or allowed their representatives to publish false statements about the Plaintiff, claiming that Plaintiff did make death threats against the Defendant, resulting in her Publisher, Defendant Simon and Schuster, Inc., to cancel book tours and surround the defendant with police guards. The Plaintiff did contact the defendant, Simon and Schuster, about this liable and asked for a public statement to clear the Plaintiff's name. The defendant Simon and Schuster did not respond. The defendant Simon and Schuster was made aware

of when the defamatory actions began, and that such defamation has continued to the present, a span of 5 years.

Specifically, the defamatory liable began appearing online and in various amazon.com book discussions:

> 5. Defendant Kathleen McGowan wrote on April 19, 2009, 6; 20 PM PDT. Posted in "Book of Love" comments made for book reviews. 'Anna" is an established alias of Kathleen McGowan.
> > "In response to Sue Olsson attacks we (alleging Simon and Schuster Publishers, Inc.) feel it necessary to post this message sent to Kathleen McGowan (allegedly from Plaintiff Suzanne Olsson). This message caused Simon and Schuster to cancel the book release party and book tour.
> >
> > "There's no evidence for the claims that you are a descendant of Jesus and Mary Magdalene. There's some sects incrusted in the Catholic Church that will not hesitate in killing you (referring to Kathleen McGowan), if you ever show up prove (proof) of what you are saying. They have done it for thousands of years, and no one has been able to stop them."
>
> You are brave or stupid (referring to Plaintiff) to say things like this."
>
> 6. Plantiff Suzanne Olsson wrote in response to the above:
> > "I did not say any of those things in that post about S & S (Simon & Schuster). Nor was your name ever mentioned in the post about Paul Smith and liars and delusional people in general.
>
> 7. Defendant Anna (Defendant Kathleen McGowan's alias)
> > Posted on April 8, 2009 3:04 PM PDT
> > "Glad you missed me. I have been with you, you just didn't know it. It has been my job for the past two years to monitor sites posting defamation and liable material about clients of a law firm I work for."
>
> 8. Plaintiff Suzanne Olsson Posted on April 8, 2009 3:04 PM PDT
> > "Kathleen, about those so called death threats, would you be so kind as to tell us what police department you contacted about this matter? Or was it Simon and Schuster who cancelled your book tours because of threats? Please do have them go public with this terrible information. The threats received by myself and co-author have appeared in news media in other parts of the world. Usually threats come to us from fanatic religious people. My companion suffered a terrible fate including bombing, kidnapping, torture, and rape while being held prisoner for two weeks. She nearly died and only a great sum of ransom money got her freed. I live in parts of the world where this is no silly publicity gimmick. No one gets threats. It is just done to them. For real. This is not a drama game for silly menopausal women to gain attention and sell books. Just so you know what I've already been through."
>
> 9. Defendant Kathleen McGowan Posted on July 15, 2014 at 7:17pm on her web site and on her Facebook page (these are relative excerpts- not the entire article):

2

'Answering the Controversial Questions'
I "claim to have had death threats" - TRUE. I have had many. My first two national book tours for THE EXPECTED ONE were so fraught with controversy that I had armed guards and even police escorts at bookstores. The launch party and public appearances for 'Book of Love' had to be canceled due to death threats. Some of them are scarier than others - there are particular countries I cannot visit because of the serious nature of the threats. I have had to send a fair number of cease and desist letters and pursue restraining orders since the worldwide release of my books in 2006."

10.

"I "plagiarized material to write 'The Expected One" - FALSE FALSE F-ING FALSE. And this is the one that really infuriates me, because I have worked so hard over 20 years, sacrificing my health, my security, my marriage, even risking my life for this work. So I will expose the source of this right now because it is so utterly insane that it needs to be addressed. (from this point forward she is referring to Plaintiff Suzanne Olsson) When TEO ('The Expected one' novel) came out as a record-breaking first time novel from Simon and Schuster, there were a lot of claims that I had stolen material - from people who had never published anything and were all completely bonkers (this kind of material attracts many types). One of the self-published accusers, part of a famous cult, had to drop her claim when it was proven that my copyright predated hers by YEARS. She later claimed that I had "psychically stolen the material by tapping into her brain." You be the judge. Another woman has made a career of calling me a plagiarist; this one lost her mind when 'TEO' (The Expected One, a novel) was released as well, writing to my publisher to claim plagiarism.

11.

When my publisher pointed out that she had never published anything to plagiarize, she responded with a letter that said I had "plagiarized her life".

12.

Apparently this delusional character referred to herself on her website - which I had never seen and had no knowledge of - as "Indiana Sue" and because I say in my author's notes that my life was a surreal cross between Indian Jones and Little League Mom, she took that as "proof" that I had stolen material from her website: If I made a reference to Indiana Jones in my book, and she called herself Indiana, this was proof that I had stolen her identity,

13.

and this is what she told my publisher, who thankfully has lots of great lawyers to deal with the nutcases.

14.

But this woman has haunted me since 2006, following everything I do, changing my wikipedia entries

15.

creating countless aliases to give me one star reviews on Amazon etc.

16.

She has been a full time stalker and apparently still is.

17.
The irony: she is a theorist that Jesus was in India, which is a theory that I detest and think is ridiculous and not even worthy of a moment of consideration, so there is no way I would care about her life or material.

18.
But just to be clear, she is the primary - and possibly sole - source of the plagiarism claims.

19.
If she were as prolific at working on her theories as she is at chasing me, she might have actually published something by now.

20.
""My work is my own. I earned it. I have bled for it, sweated for it, suffered for it - and I wouldn't change a thing about it. I invite you all to judge the work on its own merits, and not on these agenda driven ad-hominem attacks. I am flawed, brash, outspoken and I make a lot of people angry. But I am honest and I try to live my life in a way that is devoted to love and service. Sometimes I fail at this as I am as human as the next gal. But love me or hate me, I write damn good books. Let the work speak for itself as it continues in over 40 languages of worldwide distribution."

21. The above publications referred to plaintiff by name and by association throughout, was made of and about the plaintiff, and was so understood by those who read the comments.

22. The entire statements alleging the Plaintiff had multiple personalities who posted numerous one-star reviews, that Plaintiff failed to publish before the Defendant, that defendant was unaware of the Plaintiff or of her published works, that Plaintiff is/was the sole source of charges of plagiarism against the Defendant, that Plaintiff belonged to dangerous cults, that Plaintiff did stalk the defendants, that Plaintiff did make changes to defendant's Wikipedia pages, that Plaintiff did threaten to kill or harm or stalk the defendant, that Plaintiff sent threatening letters to the defendants, that Plaintiff in any way suggested harming the defendants in ways that would incur police protection and/or cancellation of book tours arranged between the defendants Simon and Schuster and their client Kathleen McGowan, all these statements are made with intent to deceive and to cast the Plaintiff in a shameful and abnormal public status, thereby affecting Plaintiff's ability to sell books or to obtain an independent publisher, causing the Plaintiff public shame and distress, resulting in the Plaintiff's financial hardship and loss of income through continued good reputation in the community and as a published author worldwide.

23. The comments printed by the Defendant(s) and/or allowed to be made continuously by the defendants and /or their agents are libelous and clearly exposes plaintiff to hatred, contempt, ridicule and obloquy.

25. As a proximate result of the above-described publications, plaintiff has suffered loss of reputation, shame, mortification, and injury to feelings, all to damage in the amount of one million dollars ($1,000,000.00) or as determined fair and equitable by a judge or jury.

4

26. The above-described publications were not privileged because they were published or allowed to remain published by defendants with malice, hatred and ill in ways that would be viewed by the largest public audiences, and with ill will and malice toward plaintiff. Because of defendants' malice in publishing or allowing to remain published the libelous and inflammatory and deceitful remarks, plaintiff seeks punitive damages in the amount of one million dollars ($1,000,000.00) or as determined by a judge or jury.

WHEREFORE, plaintiff demands judgment against defendants, and each of them, for:
1. Compensatory damages according to proof;
2. Punitive damages;
3. Interest as allowed by law;
4. Costs of suit; and
5. Such other and further relief as this court may deem just and proper.

DATE July 18, 2014          SIGNATURE _Suzanne Olsson_
                                      SUZANNE OLSSON

**WITNESS VERIFICATION**
I, _____, have read the foregoing and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Duval County, Florida on this day.

DATE _____         SIGNATURE _____

State of Florida
County of Duval

Subscribed before me this _18th_ day of _July 2014_
was _Suzanne Olsson_ who produced his/her _FL DL_
for identification or who is personally known to me _____

_[Notary signature]_                    _7-18-14_
NOTARY SIGNATURE                         DATE

ANNA M. BROWN
MY COMMISSION # EE108074
EXPIRES: August 05, 2015
1-800-3-NOTARY  Fl. Notary Discount Assoc. Co.

NOTARY STAMP

5