UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SUZANNE OLSSON,

    Plaintiff,

v.                                        Case No. 3:14-cv-980-J-32JBT

KATHLEEN HARKEY SMITH
COPPENS MCGOWAN,

    Defendant.

## O R D E R

This case is before the Court on the Report and Recommendation (Doc. 30) issued by the assigned United States Magistrate Judge issued on May 12, 2015, recommending that the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely serve remaining defendant Kathleen Harkey Smith Coppens McGowan.[1] No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the file and for the reasons stated in the Report and Recommendation, it is hereby

**ORDERED:**

1.    The Report and Recommendation of the Magistrate Judge (Doc. 30) is **ADOPTED** as the opinion of the Court.

---

[1] The Court earlier granted Simon & Schuster Publishers, Inc.'s unopposed motion to dismiss. (Doc. 24.)

2

    2.       The case is **DISMISSED without prejudice**.

    3.       The Clerk should terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 8th day of June, 2015.

_____
TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record

Pro se plaintiff